COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING

Appellate case name:  *Maxine Adams and Cecil Adams v. Rebecca Ross*

Appellate case number:  01-11-00098-CV

Trial court case number:  980231

Trial court:  County Civil Court at Law No. 1 of Harris County, Texas

Appellants' motion for rehearing is **DENIED**.

It is so **ORDERED**.

Judge's signature: **/s/ Harvey Brown**
                              Acting for the Court

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Date:  May 15, 2013